# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2009

Marilyn Kelly,
Chief Justice

138405

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MARKUS IRVING,
        Plaintiff-Appellant,

v

AUTO CLUB INSURANCE
ASSOCIATION,
        Defendant-Appellee.

SC: 138405
COA: 288316
Wayne CC: 08-109281-AV

_____/

      On order of the Court, the application for leave to appeal the January 30, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2009

_____
Clerk